**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 23, 2008

CASE NUMBER: **CV 07-05877 MJJ**
CASE TITLE: **JONATHAN LEE RICHES-v- VLADIMIR PUTIN**
DATE MANDATE FILED: 4/21/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Distribution:   CIVIL       -   Counsel of Record

                CRIMINAL    -   Counsel of Record
                                U.S. Marshal (Copy of Mandate)
                                U.S. Probation Office

NDC App-16